548 A.2d 1224

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Theodore CHASE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 24, 1988.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted, and the matter is remanded to Superior Court for consideration of the merits of the issues it held to be waived.